AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Joseph Kerrissey III

*Defendant(s)*

Case No. 24-mj-7155-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 30, 2020, July 20, 2020, & April 14, 2021 in the county of Plymouth in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

Please see the attched Affidavit of US Postal Inspector Ryan T. Noonan, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

US Postal Inspector Ryan T. Noonan, USPIS
*Printed name and title*

Sworn to before me and signed via telepone.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 3:14 PM, Apr 5, 2024

[signature]
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*