**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts     **Category No.** II     **Investigating Agency** USPIS/IRS-CI

**City** Plymouth                        **Related Case Information:**

**County** Plymouth                      Superseding Ind./ Inf. _____     Case No. _____

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number 24-MJ-7155-JCB

Search Warrant Case Number 24-MJ-7156-JCB & 24-MJ-7157-JCB

R 20/R 40 from District of _____

**Defendant Information:**     Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes ☑ No

Defendant Name   Joseph Kerrissey III                                      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name: _____

Address:   20 Sunrise Avenue Plymouth, MA

Birth date (Yr only): 1977     SSN (last 4#): ____     Sex: M     Race White     Nationality: _____

**Defense Counsel if known:** Scott Lauer     Address: 51 Sleeper Street, 5th Floor

Bar Number: _____     Boston, MA 02210

**U.S. Attorney Information**

AUSA: Brian Sullivan     Bar Number if applicable: 676186

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: Magistrate Judge M. Page Kelley on 4/9/2024

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/25/2024     Signature of AUSA: */s/ Brian J. Sullivan*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Kerrissey III

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013